IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAQUARRION PLUMMER
#275624                                                                    PLAINTIFF

v.                          No. 4:25-cv-588-DPM

RICK D. NASH, Retired Saline County
Deputy; BRANDON HARRIS,
Undercover FBI Agent; ERIC HIGGINS,
Sheriff, Pulaski County Detention
Facility; and DOES, All Active and/or
Sitting Judges, Federal and State Judges                                   DEFENDANTS

ORDER

1.   Plummer's application to proceed *in forma pauperis*, Doc. 1, is denied because it was prepared for a separate plaintiff, Joshua Johnson. *Doc. 1 at 3*. It isn't clear that Plummer knows he has been listed as a plaintiff on this complaint. To proceed with this case, Plummer must either pay the $405 filing fee or file an application to proceed *in forma pauperis* by 1 August 2025. If he doesn't respond to this Order, the Court will assume he didn't know, and his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The Court will further recommend that the dismissal not be counted as a strike. 28 U.S.C. § 1915(g).

-2-

2.  The Court directs the Clerk to mail Plummer an application to proceed *in forma pauperis* and a blank § 1983 form.  If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Plummer will have to pay the $350 filing fee in monthly installments taken from his prisoner account.  28 U.S.C § 1915(b).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2025